429 A.2d 753

Commonwealth v. Covert, Appellant.

Submitted April 15, 1980. Frank J. Piatek, for appellant; Walter A. Kieler, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

429 A.2d 753

Commonwealth v. Decker, Appellant.

Submitted June 13, 1980. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.